Raymond O. Sawyer, Plaintiff-Appellee, v. Jerome J. Sholem et al., Defendants. J. J. Sholem Stores Company, Appellant.

Gen. No. 9,903. (Abstract of Decision.)

C. E. Tate, for appellants; Pree & Pree, of counsel; William C. Noel, and Joseph M. Williamson, for appellee. Opinion *Per Curiam*. Not to be published in full. Opinion filed February 25, 1954; rehearing denied May 4, 1954; released for publication May 4, 1954.